**Gabriel Del Virginia, Esq. (GDV-4951)**    Presentment Date: January 5, 2015.
**LAW OFFICES OF GABRIEL DEL VIRGINIA**    Presentment Time: 12:00 noon
*Proposed Attorneys for the Debtor*
*and Debtor in Possession*.
30 Wall Street-12th Floor,
New York, New York 10005.
Telephone: 212-371-54712
Facsimile: 212-371-0460
*gabriel.delvirginia@verizon.net*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X

In re

              Chapter 11

Jaleh Elghanian,
A/K/A Jaleh Ebrhahimzadeh,


     Debtor.     Case No. 14-B-13377-REG

------------------------------------X


**NOTICE OF PRESENTMENT OF MOTION FOR AN ORDER EXTENDING**
**THE DEBTOR'S TIME TO**
**FILE SCHEDULES OF ASSETS AND LIABILITIES, STATEMENTS OF FINANCIAL**
**AFFAIRS AND LISTS OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**
**<u>AND CREDIT COUNSELING.</u>**


  **PLEASE TAKE NOTICE**, that upon the annexed motion (the "Motion") of Jaleh Elghanian, A/K/A Jaleh Ebrhahimzadeh, the above-captioned debtor and debtor-in-possession (the "Debtor"), the undersigned will present the attached proposed order to the Honorable Robert E. Gerber, United States Bankruptcy Judge, for signature on January 5, 2015 at 12:00 noon.

  **PLEASE TAKE FURTHER NOTICE**, that those objections, if any, to the proposed order must be made in writing and received in Bankruptcy

Judge Gerber's chambers and by the undersigned not later than 11:30 a.m. on January 5, 2015. Unless objections are received by that time, the order may be signed.

    Dated:    December 23, 2014.
                  New York, New York

**LAW OFFICES OF GABRIEL DEL VIRGINIA**
*Proposed Attorneys for the Debtor*
 *and Debtor-in-Possession*


*/s/ Gabriel Del Virginia*
**Gabriel Del Virginia Esq. (GDV-4951)**
30 Wall Street, 12th Floor,
New York, New York 10005.
Telephone: 212-371-5471
Facsimile: 212-371-0460
*gabriel.delvirginia@verizon.net*

To:


UNITED STATES TRUSTEE'S OFFICE
SOUTHERN DISTRICT OF NEW YORK
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014